PAULINE LATZKE and Others, Respondents, v. OLIVER WILLIAMS and Others, Appellants, Impleaded with Others.— Action to rescind a contract for the sale of certain real estate by plaintiffs to the defendant Washington Green, Inc. Order, so far as appealed from, denying motions of defendants-appellants for an order requiring that the ·complaint be made more definite and certain, or that certain allegations be stricken out as irrelevant, etc., that the causes of action be separately stated and numbered, or, in the alternative, to dismiss the complaint as insufficient and for other relief, unanimously affirmed, with twenty dollars costs and disbursements to the respondents, with leave to said defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAUL J. BARON, as Temporary Administrator of the Estate of ABRAHAM L. ERLANGER, Deceased. MITCHEL H. MARK HOLDING CORPORATION, Appellant; SAUL J. BARON, as Temporary Administrator of the Estate of ABRAHAM L. ERLANGER, Deceased, and Others, Respondents.— Decree, so far as appealed from, rejecting appellant's claims for deficiency for rent and ·for a brokerage commission against the estate of Abraham L. Erlanger, deceased, unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING BAUMEL, Appellant.— Judgment convicting defendant of criminally receiving stolen property (Penal Law, § 1308) unanimously affirmed. No opinion. Present — McAvoy Merrell, O'Malley, Glennon and Untermyer, JJ.

TOMPKINS BUS CORPORATION, Appellant, v. FIORELLO H. LAGUARDIA and Others, Respondents.— Action to declare void a bus franchise awarded to the defendant DeCamp Coach Corporation and to enjoin the operation of buses thereunder. Orders granting defendants' motions for judgment dismissing the complaint for insufficiency, the judgment entered thereon, and the order denying plaintiff's motion for an injunction *pendente lite*, unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.

KATHLEEN FUQUA, on Behalf of Herself and on Behalf of All Other Stockholders of the KNICKERBOCKER DISCOUNT CORPORATION OF NEW YORK, Appellant, v. ROYAL S. COPELAND and ALEXANDER A. KOSWICK, Respondents, Impleaded with Others, Defendants.— Derivative stockholders' action for an accounting of funds of a corporation of which defendants and respondents were officers and directors. Order denying plaintiff's motion to strike out defenses contained in answers of defendants-respondents, unanimously reversed, with twenty dollars costs and disbursements and the motion granted. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MCLAUGHLIN, Appellant.— Judgment convicting defendant of the crime of burglary in the third degree unanimously affirmed. No opinion. Present — McAvoy, Merrell, O'Malley, Glennon and Untermyer, JJ.